UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>FRIEDRICH LU,<br><br>   Plaintiff,<br><br>v.<br><br>MARIELENA GAMBOA-RUIZ and<br>TRUSTEES of TUFTS COLLEGE<br><br>   Defendants. | Civil Action 1:18-cv-10105-IT |

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the court previously having advised Plaintiff that if the government declines to intervene, Plaintiff will need to be represented by an attorney to pursue the FCA claim on behalf of the United States, the court rules as follows:

IT IS ORDERED that:

1. The clerk shall issue summons, the docket shall be unsealed, and Plaintiff shall serve the summons and complaint upon each Defendant.

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States may intervene in this action at a later date with court permission and upon a showing of good cause at any time.

3. All orders of this court shall be sent to the United States.

4. If Plaintiff continues to proceed without counsel, the *qui tam* claims will be subject to dismissal on Plaintiff or any Defendant's motion. Should Plaintiff or

any Defendant propose that this action be dismissed, settled, or otherwise discontinued for this or any other reason, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.


DATE: April 10, 2018                              <u>Indira Talwani          </u>
                                                  United States District Judge